# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| | Adversary Proceeding |
| Plaintiff, | Case No. 19-51058 (JKS) |
| vs. | |
| TANGIBLE ASSETS INVESTMENTS, LLC, a California limited liability company, and CHARLES THORNGREN, an individual, | **Ref Docket No. 28** |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO              )
                           ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2021, I caused to be served the "Entry of Default," dated September 17, 2021 [Docket No. 28], by causing a true and correct copy to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
20th day of September, 2021
*/s/ Andrea R. Speelman*

Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHARLES J THORNGREN | 117 E COLORADO BLVD STE 600 | | | | PASADENA | CA | 91105 |
| CHARLES THORNGREN | 1125 NEOLA STREET | | | | LOS ANGELES | CA | 90041 |
| LEGALZOOM.COM, INC., | R/A FOR TANGIBLE ASSETS INVESTMENTS, LLC | 101 N BRAND BLVD, 11TH FLOOR | | | GLENDALE | CA | 91203 |
| TANGIBLE ASSETS INVESTMENTS LLC | CHARLES THORNGREN | 117 E COLORADO BLVD # 651 | | | PASADENA | CA | 91105 |