# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adversary Proceeding Case No. 19-51058 (JKS) |
| Plaintiff, | |
| vs. | |
| TANGIBLE ASSETS INVESTMENTS, LLC, a California limited liability company, and CHARLES THORNGREN, an individual, | **Ref Docket No. 33** |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-2-

2. On October 26, 2021, I caused to be served the "Judgment of Default," dated October 26, 2021 [Docket No. 33], by causing true and correct copies to be to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
3rd day of November, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHARLES J THORNGREN | 117 E COLORADO BLVD STE 600 | | | | PASADENA | CA | 91105 |
| CHARLES THORNGREN | 1125 NEOLA STREET | | | | LOS ANGELES | CA | 90041 |
| LEGALZOOM.COM, INC., | R/A FOR TANGIBLE ASSETS INVESTMENTS, LLC | 101 N BRAND BLVD, 11TH FLOOR | | | GLENDALE | CA | 91203 |
| TANGIBLE ASSETS INVESTMENTS LLC | CHARLES THORNGREN | 117 E COLORADO BLVD # 651 | | | PASADENA | CA | 91105 |